1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar No. 14853
   Daniel R. Schiess
3  Assistant United States Attorney
   Nevada Bar No. 5483
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Tel: (702) 388-6336
   Fax: (702) 388-6418
6  dan.schiess@usdoj.gov

7  *Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:95-cr-225-JAD-VCF |
| Plaintiff, | |
| v. | **Order Dismissing Indictment** |
| Jaime Wandasan, | ECF No. 8 |
| Defendants. | |

The United States has sought leave to dismiss the indictment against defendant Jaime Wandasan under Fed. R. Crim. P. 48(a). In support, the United States represents that because the charges are around 27 years old, the government cannot prove the charges against the defendant.

Based on the foregoing, IT IS HEREBY ORDERED that the indictment against defendant Jaime Wandasan is dismissed.

3

**DATED** this 14thday of February 2022.

_____
Honorable Jennifer A. Dorsey
United States District Court Judge